TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00796-CV

Raza M. Devji, Appellant

v.

Ross Weidmann, d/b/a Affiliated Reporters & Video, Appellee

FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY

NO. 252,426, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

PER CURIAM

 Because appellant Raza M. Devji has neither paid nor made arrangements to pay for
the clerk's record, we will dismiss this appeal for want of prosecution. See Tex. R. App. P. 37.3(b).

 The Clerk of this Court filed appellant's Notice of Appeal on December 5, 2000. By
letter dated February 12, 2001, the Clerk of this Court notified the county clerk's office of Travis
County that the clerk's record was overdue. On April 6, the county clerk's office notified the Clerk
of this Court that appellant had failed to make arrangements to pay for the clerk's record.

 By letter dated April 18, 2001, appellant was requested to submit a status report
regarding this matter by April 30 and was informed that failure to respond to the request would result
in this appeal being dismissed for want of prosecution. Thus far, appellant has failed to respond to
the request.

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. See
id. 42.3(b), (c).

Before Chief Justice Aboussie, Justices Yeakel and Patterson

Dismissed for Want of Prosecution

Filed: May 10, 2001

Do Not Publish